# EXHIBIT A
# (ACS Delegate Agency Contract Additional Excerpts
# (Defendants' Exhibit I))

# THE CITY OF NEW YORK ADMINISTRATION FOR CHILDREN'S SERVICES
## AGREEMENT FOR THE PURCHASE OF HEAD START SERVICES

THIS AGREEMENT, ("Agreement") consists of this signed Part I, the annexed Part II (General Provisions), and the supporting budget, which are hereinafter called the "Agreement," by and between the City of New York ("City"), acting through the Administration for Children's Services ("Department," or "ACS"), with offices at 150 William Street New York, New York 10038, and Bobov Worldwide Institute, Inc. ("Contractor"), with offices at 5014 16th Avenue, Suite 241 Brooklyn, New York 11415-1106.

## PART I

1. **Contractor**

    Name: Bobov Worldwide Institute, Inc.
    Address: 5014 16th Avenue, Suite 241 Brooklyn, New York 11415-1106
    Site Address: 83-06 Abingdon Road, Queens

2. **Contract Amounts**

    | | |
    |---|---|
    | TITLE V FEDERAL GENERAL SERVICE SHARE | $ 3,116,275 |
    | TITLE V TRAINING/TECHNICAL ASSISTANCE FEDERALLY FUNDED | $ |
    | TITLE V ONE TIME ONLY AMOUNT | $ |
    | MAXIMUM GRANT AMOUNT (not to exceed): | $ 3,116,275 |
    | CONTRACTOR'S TITLE V NON-FEDERAL SHARE | $ 779,070 |
    | PARTNERSHIP FUNDING COMMITMENT | $ |
    | TOTAL CONTRACT AMOUNT (not to exceed) | $ 3,895,345 |
    | BOND: | $ |

    Fiscal Identification Number: **080BOBOV**

3. **Term of Agreement**

    a. The term of this Agreement shall be <u>up to a three-year period,</u> from **February 1, 2004** through **January 31, 2007**. ACS shall have the sole option to renew this Agreement.

    b. The Contractor agrees that ACS shall have the option(s) specified below to renew the Agreement on the same terms and conditions contained herein pursuant to such rates and contract amounts as may be established by ACS with respect to such period for which it

1

exercises its option. The total term of this Agreement after the exercise of all of the options to renew shall not exceed six (6) years. If ACS chooses not to exercise the renewal option, it shall give the Contractor, not less than thirty (30) days' written notice prior to the expiration of the term of this Agreement.

c. The exercise of each such option shall be subject to all required approvals, including ACS-established criteria, the applicable Rules of the Procurement Policy Board of the City of New York, and the appropriation of funds for each such option period.

d. RENEWAL OPTION PERIOD(S):

1. **February 1, 2007 - January 31, 2010**
2. February 1, 20___ - January 31, 20___
3. February 1, 20___ - January 31, 20___
4. February 1, 20___ - January 31, 20___
5. February 1, 20___ - January 31, 20___

ACS, in its sole discretion, reserves the right to modify the length of the renewal options listed above.

4. **Levels of Services**

   A. In accordance with the Head Start Act of Title VI, Subtitle A, Chapter 8, Subchapter B of the Omnibus Budget Reconciliation Act of 1981 and Federal Public Law 93-644, Title V, the Contractor is required to meet the following minimum utilization standards of Head Start eligible children and their families:

   1. 100 percent of the funded capacity in enrollment for each site.

   2. ACS reserves the right to impose a minimum funded capacity requirement for attendance.

   3. 10 percent of the funded capacity are children eligible for services for the handicapped under program account 26.

   B. The Contractor's funded capacity is **58** eligible children (3- 5 years of age) and their families. Included in this number are children eligible for services for the handicapped.

5. Copies of all applicable Federal, State, and City rules, regulations, and policies governing the conduct of Head Start programs will be available for review and inspection by the Contractor in the Office of ACS's Director of the Head Start Program.

6. The Contractor shall provide a copy of its Child Adult Care Food Program ("CACFP") audit report to Head Start central administration within 30 days after receipt of such report from CACFP. The Contractor shall notify in writing Head Start central administration of the Contractor's CACFP audit exit conference within 30 days of such conference.

2

7. The Contractor shall provide Partnership Funding in the amount of ($) dollars as set forth in the itemized budget, Attachment A, and as described in Attachment B, both of which are annexed hereto and a part hereof. These amounts shall be in addition to the amounts being provided by ACS.

shall not be bound to utilize any of the Contractor's suggestions and that ACS shall have sole discretion to decide how to effectuate the reductions.

C. The termination and reduction options of ACS and the City set forth in paragraph A. of Article 2.17 above, are in addition to any other rights of termination or modification provided by this Agreement, by law or by relevant regulation, and supersede any and all rights or actions the Contractor may have under any provision of this Agreement to the contrary.

## ARTICLE 3. PERSONNEL

### 3.1 Hiring

A. All hiring or employment of personnel and all promotions or salary increases shall be in accordance with the applicable regulations, guidelines, and policies of HHS, the City, and ACS, their successors, and the Union Contract.

B. The Contractor shall be responsible for the recruitment of appropriate personnel; verification of credentials and references; screening of all current and prospective employees and selection and hiring of all personnel necessary for the performance of this Agreement. Such screening of all current and prospective employees shall include, but not be limited to: 1) fingerprinting; 2) review of conviction record; and 3) inquiry to the State Central Registry ("SCR"). Further, for the prospective employees, at a minimum, the Contractor shall make written inquiry to the applicant's three (3) most recent prior employers, if applicable. The Contractor shall use its best efforts to obtain responses to all such inquiries prior to placing the employee on the payroll.

C. The Contractor agrees not to hire or retain any person who refuses to grant authorization for fingerprinting or criminal conviction record review; who has not completely and truthfully reported information concerning their criminal convictions; who has a relevant conviction record, the evaluation of which shall be consistent with Article 23-A of the New York State Correction Law; or who has been or is currently the subject of an indicated child abuse and maltreatment report on file with the SCR. In exceptional circumstances, if the Contractor believes that a current employee who has been or is currently the subject of an indicated child abuse and maltreatment report on file with the SCR should be retained, submission of a request for such retention with the reasons therefor, shall be made to ACS for its approval. The Contractor shall obtain written consent from each employee or prospective employee, as the case may be, for fingerprinting and the conviction record review. Further, the Contractor shall provide written notice to each employee or prospective employee, as the case may be, of its intention to make inquiry of the SCR. The Contractor shall provide ACS with documentation indicating compliance with this provision. Any violation of this Article 3. shall be deemed a material breach of the Agreement sufficient to result in termination.

D. The Contractor shall submit to ACS, a copy of the Application for Employment form for all new employees filling regular budget lines of Administrative Director, Education Director, Teacher, Bookkeeper, the Family Service Coordinator within one (1) week from the date that the Contractor determines to employ an applicant. Qualifying credentials shall be submitted with the form. ACS shall reimburse the Contractor at the minimum rate for the position until a salary and credential verification is sent to the Contractor by ACS. This will occur no later than thirty (3) calendar days after submission of the application and qualifying credentials. The Contractor shall retroactively reimburse the employee and ACS shall provide funds for that purpose where verification is for a higher salary than the employee has been paid. The Contractor shall staff its program in

13

compliance with all applicable laws, regulations, agreements, and ACS guidelines and procedures. The Contractor may request that a requirement of an ACS guideline or procedure be waived in a particular case, and ACS shall forward its written decision to the Contractor within thirty (30) days from the receipt of the written request. In no event shall any action taken under this paragraph or paragraph A. above require ACS to increase the Maximum Grant Amount payable under this Agreement as set forth in Part I.

E. All vacancies and new hires of employees covered by the collective bargaining agreement between the New York City Head Start Sponsoring Board Council and District Council 1707, Head Start Local 95, Community and Social Services Employees, AFSCME, AFL-CIO (the "Collective Bargaining Agreement") dated April 6, 1988, shall be immediately reported to the Plan Administrator of the Defined Benefit Pension Plan for Employees of Head Start Sponsoring Board Council of the City of New York, Inc. The Contractor agrees to cooperate with the Plan Administrator to provide any other information relating to the Defined Benefit Pension Plan that the plan administrator may request.

F. The Contractor agrees to provide each employee and ACS with a copy of its current Personnel Policies and Procedures. All revisions of the Contractor's Personnel Policies and Procedures must be promptly supplied to its employees and ACS.

G. The Contractor represents and warrants that neither it nor any of its directors, officers, members, partners or employees, has any direct or indirect interest, nor shall they acquire any such interest, in any corporation, partnership or association which would or may conflict in any manner or degree with the performance or rendering of the services herein provided. The Contractor further represents and warrants that in the performance of this Agreement no person having such interest or possible interest will be employed by it. No elected official or other officer or employee of the City or ACS, nor any person whose salary is payable, in whole or in part, from the City Treasury, shall participate in any decision relating to this Agreement which affects his personal interest or the interest of any corporation, partnership or association in which he is, directly or indirectly, interested nor shall any such person have any interest, direct or indirect, in this Agreement or in the proceeds thereof.

H. The Contractor's employees and members of their immediate families may not serve on:

   1) The Board of Directors of the Contractor; or

   2) Any committee with authority to order personnel actions affecting his or her job, or either by rule or by practice, regularly nominates, recommends or screens candidates for employment in the program.

I. No salaried person may hold a position over which a member of his immediate family exercises immediate supervisory authority. A member of an immediate family includes husband, wife, father, father-in-law, mother, mother-in-law, son, son-in-law, daughter, daughter-in-law, and separated spouse.

J. The Contractor shall not employ a person or permit a person to serve as a member of the Board of Directors, or as an officer of the Contractor if that individual is an elected official or other officer, or employee of the City or ACS, or any person whose salary is payable, in whole or in part, from the City Treasury.

K. No member of the Board of Directors or any salaried employee of the Contractor may have an interest in the facility in which services are provided, unless prior, written approval has been obtained from ACS.

L. The Contractor agrees to comply with the Living Wage Law provisions, as codified in Section 6-109 of the New York City Administrative Code, with respect to all Head Start services and childcare services provided through the City's center-based childcare program, which program said Code refers to as "daycare."

3.2 Training - ACS and its designees will, consistent with available resources, provide training to employees and members of the Board of Directors and Head Start Policy committees of the Contractor.

3.3 Collective Bargaining

A. The Contractor agrees to cooperate with all providers of Head Start services in the establishment and maintenance of a workable procedure through which collectively all providers of Head Start services under contract with ACS may discharge whatever obligations may be imposed upon them to bargain collectively under applicable labor law. The Contractor further agrees to seek the approval or disapproval of its Head Start Policy Committee as to any procedure that is collectively determined to be appropriate for the discharge of the obligation to bargain collectively. The approval of at least a majority of the Head Start Policy Committee members of all providers of Head Start services must be obtained before the collective bargaining agency, established collectively by all providers of Head Start services, will be authorized to represent the Contractor in or with respect to collective bargaining. For the purposes of this paragraph, the term "all providers of Head Start Services" refers to all entities that have contracted with ACS for the provision of Head Start services in The City of New York.

B. Neither ACS nor The City of New York shall be liable for any obligations of the Contractor to the Collective Bargaining Agent. In addition, neither ACS nor The City of New York shall be liable for any obligations under any Collective Bargaining Agreement that is negotiated and executed by the Collective Bargaining Agent or the Contractor. The City and ACS shall be liable only for any Collective Bargaining Agreement that is duly approved and signed by the City.

C. The City will furnish Federal funds authorized to be allocated, and, if necessary, City funds, to the pension plan established by the Head Start Sponsoring Board Council of the City of New York, Inc. (the "Council"), on behalf of the Contractor's eligible employees as a result of the Collective Bargaining Agreement, subject to all necessary further approvals. The Contractor agrees to furnish to the Pension Plan Administrator, ACS or both, such information, including personnel data and documentation relating thereto, as the Pension Plan Administrator, ACS, or both, may at any time or from time to time, request.

D. The City shall also make payments to the group life insurance plan established by the Council in accordance with its group life insurance contract with Mutual of America on behalf of the Contractor's eligible employees. The Contractor agrees to furnish to Mutual of America, the Council, ACS, or all of them, such information as any one all or all of them may at any time and from time to time request.

3.4 **Insurance**

A. The Administration for Children's Services may obtain an insurance package from the New York City Centralized Insurance Program ("ACS Insurance Package") for the benefit of the Contractor containing the following coverage in the minimum amounts stated:

1) Comprehensive General Liability: Five Million Dollars ($5,000,000.00) each occurrence to protect the Contractor and to protect ACS and The City of New York, as additional insureds under the policy, against any and all claims, loss, or damage, including claims for injuries to, or death of persons or damage to property or claims for ~~food-related illness, injury or death whether such injuries or damages be attributable to~~ the negligence or any other acts of the Contractor, its employees, or otherwise;

2) Fire Insurance on contents of each Project Head Start location: Five Thousand Dollars ($5,000.00); coverage to include Extended Coverage for Vandalism and Malicious Mischief;

3) Insurance for Contractor's Employees: One Thousand Dollars ($1,000.00) for accidental death and dismemberment and One Thousand Five Hundred ($1,500.00) Dollars for medical reimbursement;

4) Workers' Compensation and Disability Insurance: For the benefit of Contractor's employees when those employees are required to be insured by the provisions of Chapter 615 of the Laws of 1922, known as the "Workers' Compensation Law", and acts amendatory thereto;

5) Fringe Benefit Insurance: For the benefit of Contractor's employees; and

6) Coverage in addition to that described above may be obtained by the Administration for Children's Services in its discretion as part of the ACS Insurance Package.

B. The Contractor shall hold ACS and the City of New York safe and harmless and indemnify and protect ACS and The City of New York against all claims, losses, expenses, or damages, whether in contract or tort, (including claims for bodily injuries to or death of persons, or damage to property), to any person or persons, caused or arising out of the acts, omissions, or otherwise of the Contractor, its agents, servants, or employees in the performance of this Agreement or the work thereunder.

C. a) ACS reserves the right to purchase on the behalf of the Contractor at the Contractor's expense, the ACS Insurance Package, employee fringe benefits insurance, casualty insurance, workers' compensation and disability insurance, and all other insurance required under this Agreement; and to add, increase, remove, vary or change any coverage ACS considers advisable or necessary, or as shall be mandated by competent authority or by law, subject to the provisions of paragraph A. of Article 3.4.

b) It is expressly understood and agreed by and between ACS and the Contractor that ACS has retained funds, otherwise allocable to Contractor under this contract, which ACS shall use to purchase insurance for and on behalf of the Contractor in accordance with this Article 3.4. The Contractor understands that the funds retained for the purchase of insurance have not been included in the annexed budget. If ACS is unable to obtain the

16

ACS Insurance Package described above, then ACS shall make available to the Contractor, from funds retained by ACS allocable to the Contractor for the purchase of the ACS Insurance package, funds to purchase insurance to the same extent of coverage as described in sub-paragraphs 1 through 5 of paragraph A. of Article 3.4.

D. Nothing in this Article 3.4 shall be considered to prohibit the Contractor from using its own funds to buy insurance which supplements and is in addition to the coverage provided by the ACS Insurance Package.

E. ACS's purchase of the Agency Insurance Package will satisfy the Contractor's responsibility to obtain the insurance required in Article 3.4 A. above. ACS may facilitate the provision of this insurance plan as a convenience for the Contractor and for the protection of the City. Provision of this plan through ACS is in no way an admission by ACS or the City of liability for acts, omissions or negligence of the Contractor or its employees.

3.5 Employee Termination, Suspensions and Grievances - The Contractor shall post or shall distribute to each of its employees a copy of the Union Contract grievance procedure and personnel policy concerning employee termination, suspensions, and grievances. Should any grievance procedure be initiated by an employee, the Contractor shall notify ACS in writing, of the details of this grievance prior to a Step II action. ACS should be notified in writing of any suspension action. Finally, no termination can be effected without recommendation of such action to the Contractor's overall Policy Committee and that Policy Committee's approval of such action.

3.6 Non-liability of ACS

A. Nothing in this Agreement shall impose any liability or duty on ACS or the City for the acts, omissions, liabilities or obligations of the Contractor or any person, firm, company, agency, associations, corporation or organization engaged by the Contractor as expert, consultant, independent contractor, specialist, trainee, employee, servant or agent, or for taxes of any nature including but not limited to unemployment insurance, workers' compensation, disability benefits, or social security, except as specifically provided in this Agreement to any person, firm, or corporation. Without limiting the foregoing, neither ACS nor the City shall be liable for any payment made or any obligation incurred in connection with the discharge of any employee by the Contractor.

B. Nothing in this Agreement shall be considered to impose any liability or duty on the City, or any officer or employee thereof, to any person, firm, corporation, or organization, except as specifically provided in this Agreement. Neither the Commissioner nor any officer or employee, agent or representative of ACS or City shall be personally liable to the Contractor under or by reason of this Agreement or any of its covenants, articles, or provisions.

## ARTICLE 4. INSPECTION AND REPORTING

4.1 Inspection Rights - The Contractor shall permit ACS and related City and Federal offices to attend all meetings, hearings, and proceedings of the Board of Directors and Committees of the Contractor in which matters relating to the performance of this Agreement are being considered.

4.2 Access to Records - The Contractor shall make available for audit or inspection by ACS, related offices, and related federal agencies:

C. All subcontracts between the Contractor and the renovations contractor shall provide that:

1. The renovations contractor shall indemnify and hold harmless the City and ACS against any and all claims, loss, or damages, whether in contract or tort, including claims for injuries to, or death of persons, or damage to property, whether such injuries, death or damages be attributable to the negligence or any other act of the renovations contractor, its employee(s), or otherwise. The liability of the renovations contractor hereunder is absolute and is not dependent upon any question of negligence on its part.

2. In the event that any claim is made or any action is brought against the City arising out of negligent or careless acts of an employee of the renovations contractor, either within or without the scope of his or her employment, or arising out of the renovations contractor's negligent performance of its contract, then the City and ACS shall have the right to withhold further payments hereunder to the Contractor for the purpose of set-off in sufficient sums to cover the said claim or action. The rights and remedies provided for in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or the Agreement.

D. Prior to execution of a construction or facility services agreement involving the expenditure of funds to be furnished to the Contractor by the City of New York or ACS amounting to more than Fifty Thousand ($50,000.00) Dollars, when required by ACS, the Contractor shall require its intended vendor and any subcontractors to post performance and payment bonds.

1. ACS shall prescribe the forms of the required bonds.

    a. Required performance and payment bonds shall be individually in amounts equal to one hundred percent (100%) of the prices of the respective construction or facility services agreements.

    b. Said bonds shall be with a company or companies acceptable to ACS and the Comptroller.

2. Said bonds shall respectively secure the faithful performance and completion of the pertinent construction or facility services agreement.

## ARTICLE 6. STANDARDS AND PROCEDURES

6.1 Standards and Procedures - Unless previously submitted, the Contractor at the time of signing this Agreement shall submit to ACS for its review a copy of its standards and procedures. The standards and procedures submitted must include:

   a. Organizational papers such as a true copy of the Certificates of Incorporation filed with the New York Secretary of State, by-laws, and any other related documentation reasonably requested by ACS.

   b. Personnel policy practices including such matters as job descriptions and qualification requirements, hiring and selection practice, personnel grievance procedures, benefits and leave, salary increases, holiday schedules and other related matters.

c. Management practices and procedures.

d. Purchasing policy and procedures.

e. Petty cash fund procedures.

6.2  Previous Submission - If the Contractor has previously submitted a copy of its standards and procedures, the Contractor shall give written notice to ACS of the date of submission and shall certify that the standards and procedures stated therein are currently in effect.

6.3  Review of Standards and Procedures - ACS may review in whole or in part, or decline to approve the standards and procedures of the Contractor. However, ACS expressly reserves the right to direct the Contractor at any time, and from time to time, to rescind, modify or add to its standards and procedures in accordance with Union, City, State, and Federal Regulations, Guidelines, or Procedures.

6.4  Changes - The Contractor shall notify ACS in writing within thirty (30) days of any changes in its standards and procedures.

## ARTICLE 7.  REVIEW BY ACS AND TECHNICAL ASSISTANCE

7.1  Generally

A.  ACS shall, subject to its available resources, aid the Contractor by giving it information and technical assistance, as set forth below, that will help in maintaining quality Head Start services and a licensed facility. A qualified staff member of ACS shall be available to give information and answer questions regarding agency policies and procedures and assist the Contractor in solving problems that may arise under this Agreement. In order to achieve the foregoing ACS shall:

1.  Provide competent fiscal guidance and assistance to the Contractor in fulfilling its obligation to report its use of funds under this Agreement to ACS;

2.  Provide competent and timely guidance and assistance to the Contractor to secure or renew those licenses required for the provision of services under this Agreement; and

3.  Provide competent assistance to the Contractor in fulfilling its obligation to provide other program services under this Agreement.

B.  ACS shall monitor, review and evaluate the operation of the Contractor at such times and in such a manner as ACS deems appropriate to verify compliance with all applicable standards, including, but not limited to, 45 CFR Part 1304 entitled "Program Performance Standards for Operation of Head Start Programs by Grantees and Delegate Agencies" or any successor thereto, including the revised Head Start Performance Standards, effective February 20, 2001.

7.2  Delivery of Findings - ACS shall provide the Board of Directors of the Contractor with information concerning the results of any monitoring, review, or evaluation within thirty (30) days after completion of the monitoring or review.

# ADMINISTRATION FOR CHILDREN'S SERVICES -- HEAD START
## Delegate Agency Contract Budget for Program Years 39 through 41

## ATTACHMENT A

080BOBOV

**Bobov Worldwide Institute, Inc.**

James W. Ford — ACS Financial Services — November 12, 2003

**Contract Budget**
PY39 through PY41

| Budget Line | PY39 | PY40 | PY41 | TOTAL PY39-41 |
|---|---|---|---|---|
| **HEAD START CLAIMABLE** | | | | |
| [a] Salaries | $499,477 | $525,700 | $553,299 | $1,578,476 |
| [b.1] Fringe | $42,456 | $44,685 | $47,030 | $134,171 |
| [b.2] Welfare Fund | $7,283 | $7,283 | $7,283 | $21,849 |
| [d] Capital Expenditure [HHS Approved] | $321,000 | $321,000 | $321,000 | $963,000 |
| [c] Staff Out-of-Town-Travel | $1,000 | $1,000 | $1,000 | $3,000 |
| [e] Equipment <$5,000 | $0 | $0 | $0 | $0 |
| [e] Supplies | $5,740 | $5,970 | $6,119 | $17,829 |
| [f.1] Administrative Consultant & Contracts | $840 | $840 | $840 | $2,520 |
| [f.2-8] Childs Services Consultant & Contracts | $8,500 | $8,840 | $9,061 | $26,401 |
| [h.2] Occupancy | $65,061 | $67,663 | $69,355 | $202,079 |
| [h.4] Utilities & Telephone | $13,212 | $13,740 | $14,084 | $41,036 |
| [h.6] Maintenance & Repair | $5,558 | $5,712 | $5,855 | $17,125 |
| [h.8] Child Travel | $1,500 | $1,560 | $1,599 | $4,659 |
| [h.8] Vehicle Expense | $0 | $0 | $0 | $0 |
| [h.12] Substitute Teachers | $2,000 | $2,160 | $2,273 | $6,433 |
| [h.13] Parent Services | $1,800 | $1,800 | $1,800 | $5,400 |
| [h.14] Audit | $3,450 | $3,450 | $3,450 | $10,350 |
| [h.15] Advertising/Printing | $0 | $0 | $0 | $0 |
| [h.16] Training & Staff Development | $8,091 | $8,368 | $8,577 | $25,036 |
| [h.17] Miscellaneous | $19,230 | $18,460 | $19,221 | $56,911 |
| **HEAD START CLAIMABLE BUDGET** | $1,006,198 | $1,038,231 | $1,071,846 | $3,116,275 |
| Minimum Partnership Funding Requirement | $0 | $0 | $0 | $0 |
| Required Non-Federal Match [Fed:Non-Fed is 4:1] | $251,550 | $259,558 | $267,962 | $779,070 |
| **HEAD START PROGRAM BUDGET** | $1,257,748 | $1,297,789 | $1,339,808 | $3,895,345 |

| CENTRAL INSURANCE POOL Minimum Budgets PY39 through 41 [estimated] Central Insurance Pool expense IS NOT included in nor funded through your delegate agency's contract | $95,117 | $97,495 | $99,932 | $292,544 |
|---|---|---|---|---|